IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re: | |
| Kidney and Hypertension Center, PLC d/b/a Grand Forks Clinic | Case No.: 26-30886 |
| The Medical Group, LLC | Case No.: 26-30888 |
| North Dakota Dialysis, LLC | Case No.: 26-30889 |
| Aurora Dialysis, LLC | Case No.: 26-30890 |
| Kidney Institute of North Dakota, LLC | Case No.: 26-30891 |
| KDJ Investment Group, LLC, and | Case No.: 26-30892 |
| KDJ Properties, LLC | Case No.: 26-30893 |
| | (Chapter 11) |
| First Western Bank & Trust, | |
| Plaintiff, | |
| v. | Adv. Case No. ________________ |
| Khaled Rabadi, | State Court Case No. 18-2026-CV-00864 |
| Defendant. | |

**NOTICE OF REMOVAL**

Comes now Dr. Khaled Rabadi ("Dr. Rabadi" or the "Defendant"), by and through undersigned counsel, pursuant to pursuant to section 1452 of title 28 of the United States Code, section 1334 of title 28 of the United States Code, and Federal Rule of Bankruptcy Procedure 9027, and hereby gives notice of the removal of the above-captioned matter from the District Court of the Northeast Central Judicial District, in the County of Grand Forks, to the United States District Court for the District of North Dakota (which results in the referral of the matter to the United States Bankruptcy Court for the District of North Dakota, *see* 28 U.S.C. § 157(a)), and in support thereof notes as follows:

1. This is a civil action commenced on or about April 21, 2026, in the aforesaid state court.

2. First Western Bank & Trust ("First Western") is the sole plaintiff herein.

3. Dr. Rabadi is the sole defendant herein.

4. The complaint (the "Complaint") underlying this matter contains only a single cause of action, being premised upon "thirteen (13) Commercial Guaranties, all of which give absolute, unconditional, and continuing personal guaranties of full payment of indebtedness owed to First Western by the principal debtors Kidney and Hypertension Center, PLC, KDJ Investment Group LLC, and KDJ Properties, LLC." Complaint, ECF No. 1-2, at p. 1, ¶ 4.0.

5. Each of the foregoing entities, whose debts Dr. Rabadi is alleged to have guaranteed, are now debtors in the above-captioned jointly administered bankruptcy proceeding in this Honorable Court.

6. The validity, *vel non*, of First Western's claims against each of the foregoing entities will, in turn, directly inform the validity, *vel non*, of First Western's claims against Dr. Rabadi for putatively guaranteeing such debts.

7. Insofar as the adjustment of the claims against Dr. Rabadi in this civil action are reliant upon First Western establishing the existence of valid "claims against the estate[s]" of various debtors, 28 U.S.C. § 157(b)(2)(B), this is a core proceeding arising under title 11 of the United States Code and thusly within the jurisdiction of this Honorable Court, *see* 28 U.S.C. § 1334(b).

8. Additionally, insofar as this civil action is both factually and legally related to claims against various debtors in this jointly administered bankruptcy case, the civil action is

"related to" this bankruptcy case and equally within the jurisdictional ambit of this Honorable Court. *See* 28 U.S.C. § 1334(b).

9. Dr. Rabadi consents to the entry of a final judgment or order in this matter. *See* Fed. R. Bankr. P. 9027(a)(1)(B).

10. Copies of all docket entries in the civil action (not merely pleadings and process) are attached hereto. *See* Fed. R. Bankr. P. 9027(a)(1)(C).

11. This removal notice is being filed within 90 days of the order for relief in each of the foregoing bankruptcy cases, which were entered on or about October 16, 2026. *See* Fed. R. Bankr. P. 9027(a)(2)(A).

12. A copy of this notice is being docketed in the aforesaid state court, of even date, sans the exhibits hereto.[1] *See* Fed. R. Bankr. P. 9027(b)(2).

13. Service of this notice on counsel for First Western is being achieved through the docketing in state court. *See* Fed. R. Bankr. P. 9027(b)(1).

*[Signature on Following Page]*

---

[1] This notice is being docketed pursuant to the rigors of the cited rule, as a means of serving the notice on the state court. The filing is being accomplished by Christianna Cathcart, co-counsel herein and a member of the State Bar Association of North Dakota. The signature of Maurice VerStandig (who is not a member of the State Bar Association of North Dakota), on this notice, is not intended to constitute an appearance in the state court matter.

Respectfully Submitted,

Dated: November 2, 2026 By: /s/ Maurice B. VerStandig

Maurice B. VerStandig, Esq.
The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
Phone: (701) 394-3215
mac@dakotabankruptcy.com
*Counsel for Dr. Rabadi*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 2nd day of November, 2026, a copy of the foregoing was served electronically upon filing via the ECF system.

/s/ Maurice B. VerStandig
Maurice B. VerStandig