STATE OF NORTH DAKOTA — IN DISTRICT COURT

COUNTY OF GRAND FORKS — NORTHEAST CENTRAL JUDICIAL DISTRICT

First Western Bank & Trust,

Plaintiff,

vs.

Khaled Rabadi,

Defendant.

Case No. 18-2026-CV-00864

**SUMMONS**

THE STATE OF NORTH DAKOTA TO THE ABOVE-NAMED DEFENDANTS:

[¶1] YOU ARE HEREBY SUMMONED and required to appear and defend against the Complaint in this action, a copy of which is herewith served upon you, by serving upon the undersigned an answer or other proper response within twenty-one (21) days after the service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint.

Dated this 21st day of April, 2026.

OLSON & BURNS, P.C.

Richard P. Olson (Bar ID: #03183)
Nici Meyer (ID # 05733)
Attorneys for First Western Bank & Trust
17 1st Ave. SE
P.O. Box 1180
Minot, ND 58702-1180
rpolson@minotlaw.com
nmeyer@minotlaw.com