**STATE OF NORTH DAKOTA**
**COUNTY OF GRAND FORKS**

**IN DISTRICT COURT**
**NORTHEAST CENTRAL JUDICIAL DISTRICT**

| | | |
|---|---|---|
| First Western Bank & Trust,<br><br>Plaintiff,<br><br>vs.<br><br>Khaled Rabadi,<br><br>Defendant. | ) | **AFFIDAVIT OF PERSONAL SERVICE**<br><br>18-2026-CV-00864 |

Ross Rolshoven, being first duly sworn, says that he is a resident of the City of Thompson, State of North Dakota, of legal age, and is not a party to or otherwise interested in the within entitled proceedings; that at Grand Forks, North Dakota, on the 24th day of April, 2026, he personally served the within entitled ***Summons, Complaint*** and ***Exhibits 1-19***, upon Khaled Rabadi, at his usual place of employment, Grand Forks Clinic, located at 5750 South Washington Street, in Grand Forks, North Dakota, at 3:20 p.m., by then and there delivering to and leaving with the above, a true and correct copy of the same.

Dated this 24th day of April, 2026.

[signature]
Ross Rolshoven

Subscribed and sworn to before me this 24th day of April, 2026.

BRYN ASPENLIEDER
NOTARY PUBLIC
STATE OF NORTH DAKOTA
My Commission Expires Feb. 5, 2029

[signature]
Bryn Aspenlieder, Notary Public
Commission Expires: 2-5-29