In District Court, Grand Forks County, North Dakota

NOTIFICATION OF ASSIGNMENT AND CASE NUMBER

Case No. 18-2026-CV-00864

First Western Bank & Trust
Plaintiff/Petitioner,

vs.

Khaled Rabadi
Defendant/Respondent.

INTERESTED PARTIES:

| | |
|---|---|
| ATTY. FOR DEFENDANT/RESPONDENT: | Khaled Rabadi |
| ATTY. FOR PLAINTIFF/PETITIONER: | Richard P. Olson |
| DEFENDANT/RESPONDENT: | Khaled Rabadi |
| PLAINTIFF/PETITIONER: | First Western Bank & Trust |

RE: Foreclosure

[¶1] This case has been assigned to the Hon. Kristi Venhuizen on this the 29th day of April, 2026. All future proceedings will be before this Judge.

[¶2] Pursuant to Rule 5(d)(2)(A)(ii) of the North Dakota Rules of Civil Procedure, a party who files a complaint or other initiating pleading must serve notice of filing on the other parties. Pursuant to Rule 3.1 of the North Dakota Rules of Court, it is incumbent upon you to place the assigned file number on the front or title page in the upper right-hand corner of the instrument to be filed.

[¶3] Dated on this the 29th day of April, 2026.

Filed and
Signed: 4/29/2026 9:31:42 AM

BY: Jennifer Bendel
District Court
124 South 4th Street
Grand Forks ND 58201
(701) 787-2700