In District Court, Grand Forks County, North Dakota

First Western Bank & Trust,
Plaintiff ,

v. Case No. 18-2026-CV-00864

Khaled Rabadi,
Defendant ,

## CERTIFICATE OF SERVICE

Jennifer Bendel says that on the 29th day of April, 2026 s/he served:

**Notification of Assignment and Case Number**

in the above-captioned matter as follows:

- ☒ 1st Class Mail
- ☐ E-Mail
- ☐ Personal Service

Khaled Rabadi
5750 S Washington St
Grand Forks, ND 58201

Dated this 29th day of April, 2026.

Signed: 4/29/2026 9:42:01 AM

Jennifer Bendel

Jennifer Bendel
Court Personnel