STATE OF NORTH DAKOTA — IN DISTRICT COURT

COUNTY OF GRAND FORKS — NORTHEAST CENTRAL JUDICIAL DISTRICT

First Western Bank & Trust,

Plaintiff,

vs.

Khaled Rabadi,

Defendant.

Case No. 18-2026-CV-00864

**MOTION FOR STATUS CONFERENCE**

[¶ 1] Plaintiff hereby moves this Court, pursuant to North Dakota Rule of Civil Procedure 16(a), to convene a status conference at the Court's earliest convenience to address procedures and schedule for discovery and further proceedings in this case.

Dated this 24th day of June, 2026.

OLSON & BURNS, P.C.

Richard P. Olson (Bar ID: #03183)
Nici Meyer (ID # 05733)
Attorneys for First Western Bank & Trust
17 1st Ave. SE
P.O. Box 1180
Minot, ND 58702-1180
rpolson@minotlaw.com
nmeyer@minotlaw.com