| | |
|---|---|
| STATE OF NORTH DAKOTA | IN DISTRICT COURT |
| COUNTY OF GRAND FORKS | NORTHEAST CENTRAL JUDICIAL DISTRICT |

| | | |
|---|---|---|
| First Western Bank & Trust | ) | CASE NO. 18-2026-CV-00864 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **AFFIDAVIT OF ELECTRONIC SERVICE** |
| Khaled Rabadi, | ) | |
| | ) | |
| Defendant. | ) | |

STATE OF NORTH DAKOTA )
) ss.
COUNTY OF WARD )

Karla Lee, being first duly sworn, deposes and says that on the 24th day of June, 2026, she served the following documents (1) Motion for Status Conference; and (2) this Affidavit of Electronic Service; upon the following electronically via Odyssey®:

| | |
|---|---|
| Steven R. Kinsella<br>Fredrikson & Byron P.A.<br>skinsella@fredlaw.com | Austin A. Eggl<br>Fredrikson & Byron P.A.<br>aeggl@fredlaw.com |

Karla Lee

Subscribed and sworn to before me this 24th day of June, 2026.

Brenda J Sinclair
Notary Public

BRENDA J SINCLAIR
Notary Public
State of North Dakota
My Commission Expires September 9, 2028

Olson & Burns, P.C.
PO Box 1180
Minot, ND 58702-1180