In District Court, GRAND FORKS County, North Dakota

**NOTICE OF HEARING**

Case No. 18-2026-CV-00864

First Western Bank & Trust, ,
Plaintiff(s),

v.

Khaled Rabadi, ,
Defendant(s).

[¶1] **PLEASE TAKE NOTICE** that a Status Conference in the above captioned matter has been scheduled for 8/19/2026 at 9:30 AM, before the Honorable Kristi Venhuizen, District Court Judge, at the GRAND FORKS County Courthouse, 124 South 4th Street Grand Forks ND 58201.

[¶2] That this hearing is the result of Motion for Status Conference filed by Plaintiff.

[¶3] Any Motion for Continuance of this hearing must be filed within 10 days of the date of this notice.

Dated: July 16, 2026

Signed: 7/16/2026 8:50:14 AM

Court Personnel

cc: First Western Bank & Trust; Khaled Rabadi; Richard P. Olson; Steven Robert Kinsella

CVHN05U1 (Rev. 10/17/2024)

N.D.Sup.Ct.Adm.R. 21
N.D.Sup.Ct.Adm.R. 52
N.D.R.Ct. 10.1(d)