STATE OF NORTH DAKOTA — IN DISTRICT COURT

COUNTY OF GRAND FORKS — NORTHEAST CENTRAL JUDICIAL DISTRICT

First Western Bank & Trust,

Plaintiff,

v.

Khaled Rabadi,

Defendant.

**Case No.: 18-2026-CV-00864**

**STIPULATION FOR SCHEDULING ORDER**

---

[¶ 1] Plaintiff First Western Bank & Trust ("Plaintiff"), represented by Richard P. Olson and Nici Meyer of OLSON & BURNS, P.C. and Defendant, Khaled Rabadi, represented by Steven R. Kinsella of FREDRICKSON & BYRON P.A., hereby stipulate and agree to the following deadlines.

[¶ 2] Parties have discussed between themselves and explored with their clients early involvement in alterative dispute resolution.

[¶ 3] Parties shall file all motions to join additional parties on or before **August 31, 2026**.

[¶ 4] Parties shall file all motions to amend pleadings on or before **August 31, 2026**.

[¶ 5] Plaintiff's shall disclose all experts, with the submission of the expert report by **August 31, 2026**.

[¶ 6] Defendants shall disclose all experts, with the submission of the expert report by **September 18, 2026**.

[¶ 7] All non-expert written discovery shall be served by **August 31, 2026**.



Olson & Burns P.C.
P.O. Box 1180
Minot, ND 58702

[¶ 8] All non-expert discovery shall be completed by **August 31, 2026**.

[¶ 9] All expert discovery shall be completed by **September 30, 2026**.

[¶ 10] Parties shall file all dispositive motions on or before **90 days prior to trial.**

[¶ 11] Parties shall file all non-dispositive motions, except for motions in limine as provided under ¶15, on or before 90 days prior to trial.

[¶ 12] The parties shall complete all depositions for presentation at trial on or before **December 18, 2026**.

[¶ 13] Parties shall identify and disclose to the opposing party all proposed exhibits and proposed witnesses 10 days prior to the pretrial conference, and if no pre-trial conference is requested, than 15 days before trial. A list of potential witnesses (with correct spellings) must be submitted prior to trial.

[¶ 14] Parties shall exchange final exhibits lists on or before one week before trial, with coordination between the Parties to reduce or eliminate multiple copies of the same exhibit. If there are more than five (5) exhibits, an exhibit list for each Party must be submitted to the Court prior to trial.

[¶ 15] Motions in limine must be submitted to the court 10 days prior trial, with the Court's reservation of discretion to allow motions in limine submitted at a later date.

[¶ 16] If a pretrial conference is requested, the parties must be prepared for it no later than ten days before trial.

[¶ 17] Parties will be ready for trial on or before **January 31, 2027**.

[¶ 18] The Parties may stipulate and agree to amend these deadlines between themselves in writing or to seek Court approval for extensions, provided that any amendment extending dispositive motion deadline must provide that the extended deadline be at least 90 days prior to

the trial date set by the court.

Dated this 28th day of July, 2026.

OLSON & BURNS, P.C.

/s/ Nici Meyer
Richard P. Olson (ID #03183)
Nici Meyer (ID #05733)
Attorneys for First Western Bank & Trust
P.O. Box 1180
Minot, ND 58702-1180
(701) 839-1740
rpolson@minotlaw.com
nmeyer@minotlaw.com

Dated this 28th day of July, 2026.

Fredrikson & Byron, P.A.

/s/ Steven R. Kinsella
Steven R. Kinsella (ID# 09514)
Attorney for Khaled Rabadi
60 S. Sixth St., Ste. 1500
Minneapolis, MN 55402-4400
(612) 492-7000
SKinsella@fredlaw.com