STATE OF NORTH DAKOTA | IN DISTRICT COURT

COUNTY OF GRAND FORKS | NORTHEAST CENTRAL JUDICIAL DISTRICT

First Western Bank & Trust )
Plaintiff, )
vs. )
Khaled Rabadi, )
Defendant. )

CASE NO. 18-2026-CV-00864

**AFFIDAVIT OF ELECTRONIC SERVICE**

STATE OF NORTH DAKOTA )
) ss.
COUNTY OF WARD )

Ann B. Allen, being first duly sworn, deposes and says that on the 28th day of July, 2026, she served the following documents (1) Proposed Stipulation for Scheduling Order; (2) Proposed Order; and (3) this Affidavit of Electronic Service; upon the following electronically via Odyssey®:

Steven R. Kinsella
Fredrikson & Byron P.A.
skinsella@fredlaw.com

Austin A. Eggl
Fredrikson & Byron P.A.
aeggl@fredlaw.com

Ann B. Allen

Subscribed and sworn to before me this 28th day of July, 2026.

Notary Public

DAWN REXINE
Notary Public
State of North Dakota
My Commission Expires April 7, 2028

Olson & Burns, P.C.
PO Box 1180
Minot, ND 58702-1180