STATE OF NORTH DAKOTA — IN DISTRICT COURT

COUNTY OF GRAND FORKS — NORTHEAST CENTRAL JUDICIAL DISTRICT

First Western Bank & Trust,

Plaintiff,

v.

Khaled Rabadi,

Defendant.

**Case No.: 18-2026-CV-00864**

**ORDER**

The foregoing Stipulation is hereby approved as the Scheduling Order in the above captioned matter.

Dated: 7/29/2026 2:48:39 PM

BY THE COURT:

Kristi P. Venhuizen

Kristi Venhuizen, District Court Judge



Olson & Burns P.C.
P.O. Box 1180
Minot, ND 58702

64.232.007