| | |
|---|---|
| STATE OF NORTH DAKOTA | IN DISTRICT COURT |
| COUNTY OF GRAND FORKS | NORTHEAST CENTRAL JUDICIAL DISTRICT |

First Western Bank & Trust,

Plaintiff,

vs.

Khaled Rabadi,

Defendant.

Case No. 18-2026-CV-00864

**REQUEST TO APPEAR BY ELECTRONIC MEANS**

It is requested by Nici Meyer, Attorney for Plaintiff, that the Court issue an Order that Parties, be allowed to appear by electronic means, for the hearing in the above-entitled matter that is presently set for August 19, 2026, at 9:30 a.m. at the Grand Forks County Courthouse. A proposed Order accompanies this Request.

Dated this 18th day of August, 2026.

OLSON & BURNS P.C.

/s/ Nici Meyer

Richard P. Olson (ID #03183)
Nici Meyer (ID #05733)
Attorneys for Plaintiffs
17 1st Avenue SE
P.O. Box 1180
Minot, ND 58702
701-839-1740
rpolson@minotlaw.com
nmeyer@minotlaw.com