| | |
|---|---|
| STATE OF NORTH DAKOTA | IN DISTRICT COURT |
| COUNTY OF GRAND FORKS | NORTHEAST CENTRAL JUDICIAL DISTRICT |

First Western Bank & Trust,

Plaintiff,

vs.

Khaled Rabadi,

Defendant.

Case No. 18-2026-CV-00864

**ORDER GRANTING REQUEST TO APPEAR BY ELECTRONIC MEANS**

1. The Request of Nici Meyer to Appear by Electronic means having come on for consideration before the Honorable Kristi Venhuizen, Judge of the District Court, Northeast Central Judicial District, and after due consideration by the Court, IT IS HEREBY ORDERED:

2. That the attorneys may appear by electronic means in the above-entitled matter at the hearing scheduled for August 19, 2026, at 9:30 a.m. at the Grand Forks County Courthouse. The hearing will be commenced by ___________________ _______________________ calling _____________________________ at _______________.

Dated: _____________________

___________________________________
Kristi Venhuizen
Judge of District Court