STATE OF NORTH DAKOTA | IN DISTRICT COURT

COUNTY OF GRAND FORKS | NORTHEAST CENTRAL JUDICIAL DISTRICT

First Western Bank & Trust )
) CASE NO. 18-2026-CV-00864
Plaintiff, )
)
vs. )
)
Khaled Rabadi, )
)
Defendant. )

**AFFIDAVIT OF ELECTRONIC SERVICE**

STATE OF NORTH DAKOTA )
) ss.
COUNTY OF WARD )

Ann B. Allen, being first duly sworn, deposes and says that on the 18th day of August, 2026, she served the following documents (1) Request to Appear by Electronic Means; (2) Proposed Order Granting Request to Appear by Electronic Means; and (3) this Affidavit of Electronic Service; upon the following electronically via Odyssey®:

Steven R. Kinsella
Fredrikson & Byron P.A.
skinsella@fredlaw.com

Ann B. Allen

Subscribed and sworn to before me this 18th day of August, 2026.

Notary Public

DAWN REXINE
Notary Public
State of North Dakota
My Commission Expires April 7, 2028