STATE OF NORTH DAKOTA | IN DISTRICT COURT

COUNTY OF GRAND FORKS | NORTHEAST CENTRAL JUDICIAL DISTRICT

First Western Bank & Trust,

Plaintiff,

vs.

Khaled Rabadi,

Defendant.

Case No. 18-2026-CV-00864

**NOTICE OF MOTION FOR SUMMARY JUDGMENT**

[¶1] **PLEASE TAKE NOTICE** that Plaintiff's Motion for Summary Judgment against Khaled Rabadi has been filed with the Court for its consideration under Rule 56, N.D.R.Civ.P.

[¶ 2] Parties adverse to this Motion shall have **30 days** after service of this Notice of Motion For Summary Judgment, Motion for Summary Judgment, Brief, Affidavit and Exhibits, within which to serve and file an answer brief or other supporting papers. Upon filing of briefs or upon expiration of the time for filing, the Motion will be deemed submitted, heard, and taken under advisement by the Court unless an opposing party timely requests a hearing on the motion. Failure to file a brief may be deemed an admission that, in the opinion of party or counsel, the motion is meritorious.

Dated this 1st day of October, 2026.

OLSON & BURNS, P.C.

/s/Nici Meyer
Richard P. Olson (Bar ID: #03183)
Nici Meyer (ID # 05733)
Attorneys for First Western Bank & Trust
17 1st Ave. SE
P.O. Box 1180
Minot, ND 58702-1180
rpolson@minotlaw.com
nmeyer@minotlaw.com