STATE OF NORTH DAKOTA | IN DISTRICT COURT

COUNTY OF GRAND FORKS | NORTHEAST CENTRAL JUDICIAL DISTRICT

First Western Bank & Trust, Plaintiff,

vs.

Khaled Rabadi, Defendant.

CASE NO. 18-2026-CV-00864

**AFFIDAVIT OF ELECTRONIC SERVICE**

STATE OF NORTH DAKOTA )
) ss.
COUNTY OF WARD )

Ann B. Allen, being first duly sworn, deposes and says that on the 1st day of October, 2026, she served the following documents, (1) **Notice of Motion for Summary Judgment; (2) Motion for Summary Judgment; (3) Brief in Support of Motion for Summary Judgment; (4) Affidavit of Gerald A. Brossart (with Exhibits 1-35); and (5) this Affidavit of service**; upon the following electronically via Odyssey®:

Steven R. Kinsella
Fredrikson & Byron P.A.
skinsella@fredlaw.com

Austin A. Eggl
Fredrikson & Byron P.A.
aeggl@fredlaw.com

Ann B. Allen

Subscribed and sworn to before me this 1st day of October, 2026.

Notary Public

DAWN REXINE
Notary Public
State of North Dakota
My Commission Expires April 7, 2028

Olson & Burns, P.C.
PO Box 1180
Minot, ND 58702-1180