| | |
|---|---|
| STATE OF NORTH DAKOTA | IN DISTRICT COURT |
| COUNTY OF GRAND FORKS | NORTHEAST CENTRAL JUDICIAL DISTRICT |

| | | |
|---|---|---|
| First Western Bank & Trust<br><br>Plaintiff,<br><br>vs.<br><br>Khaled Rabadi,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 18-2026-CV-00864<br><br>**SUBSTITUTION OF COUNSEL** |

[1] The undersigned hereby notify this Court that effective immediately in the above-captioned matter, Christianna Cathcart of The Dakota Bankruptcy Firm, 1630 1st Ave. N., Suite B PMB 24, has been substituted as the attorney of record for Defendant Khaled Rabadi, and that attorneys Steven R. Kinsella and Austin Eggl, of Fredrikson & Byron, P.A., hereby withdraw from representation of Defendant Khaled Rabadi.

Dated: October 23, 2026

*/s/ Christianna Cathcart*
Christianna Cathcart
The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24
Fargo, ND 58102
701-394-3215
christianna@dakotabankruptcy.com

Attorney for Defendant Khaled Rabadi

Dated: October 23, 2026

*/s/ Steven R. Kinsella*
Steven R. Kinsella #09514
Austin A. Eggl #09672
FREDRIKSON & BYRON P.A.
51 Broadway, Suite 400
Fargo, ND 58102-4991
Telephone: (701) 237-8200
skinsella@fredlaw.com
aeggl@fredlaw.com