STATE OF NORTH DAKOTA — IN DISTRICT COURT

COUNTY OF GRAND FORKS — NORTHEAST CENTRAL JUDICIAL DISTRICT

First Western Bank & Trust

Plaintiff,

vs.

Khaled Rabadi,

Defendant.

Case No. 18-2026-CV-00864

**CERTIFICATE OF SERVICE**

1] I, Austin A. Eggl, certify that on October 23, 2026, in accordance with the provisions of the North Dakota Rules of Civil Procedure, a true and correct copy of the Substitution of Counsel was filed electronically with the Clerk of Court, and the following parties served by Odyssey EFile/EServe:

| | |
|---|---|
| Nici Meyer<br>Olson & Burns P.C.<br>17 1st Ave SE<br>PO Box 1180<br>Minot, ND 58702-1180<br>nmeyer@minotlaw.com | Richard P. Olson<br>Olson & Burns, P.C.<br>P.O. Box 1180<br>Minot, ND 58702-1180<br>rpolson@minotlaw.com |

Dated: October 23, 2026

*/s/ Austin A. Eggl*

Steven R. Kinsella #09514
Austin A. Eggl #09672
FREDRIKSON & BYRON P.A.
51 Broadway, Suite 400
Fargo, ND 58102-4991
Telephone: (701) 237-8200
skinsella@fredlaw.com
aeggl@fredlaw.com