IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re: | |
| Kidney and Hypertension Center, PLC d/b/a Grand Forks Clinic | Case No.: 26-30886 |
| The Medical Group, LLC | Case No.: 26-30888 |
| North Dakota Dialysis, LLC | Case No.: 26-30889 |
| Aurora Dialysis, LLC | Case No.: 26-30890 |
| Kidney Institute of North Dakota, LLC | Case No.: 26-30891 |
| KDJ Investment Group, LLC, and | Case No.: 26-30892 |
| KDJ Properties, LLC | Case No.: 26-30893 |
| | (Chapter 11) |
| First Western Bank & Trust, | |
| Plaintiff, | |
| v. | Adv. Case No. 26-07025 |
| Khaled Rabadi, | State Court Case No. 18-2026-CV-00864 |
| Defendant. | |

**AFFIDAVIT OF SERVICE**

I HEREBY CERTIFY that on November 2, 2026, I electronically submitted a copy of the Notice of Removal to the Clerk of the Grand Forks County District Court, Northeast Central Judicial District, in the action captioned *First Western Bank & Trust v. Khaled Rabadi*, Case No. 18-2026-CV-00864, through the court's electronic filing system.

*[Signature on Following Page]*

Respectfully Submitted,

Dated: November 3, 2026 By: /s/ Christianna Cathcart

Christianna A. Cathcart, Esq.
The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
Phone: (701) 394-3215
christianna@dakotabankruptcy.com
*Counsel for Dr. Rabadi*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of November 2026, a copy of the foregoing was served electronically upon filing via the ECF system.

/s/ Christianna A. Cathcart
Christianna A. Cathcart