IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re: | |
| Kidney and Hypertension Center, P:LC d/b/a Grand Forks Clinic | Case No.: 26-30886 |
| The Medical Group, LLC | Case No.: 26-20888 |
| North Dakota Dialysis, LLC | Case No.: 26-30889 |
| Aurora Dialysis, LLC | Case No.: 26-30890 |
| Kindey Institute of North Dakota, LLC | Case No.: 26-30891 |
| KDJ Investment Group, LLC, and | Case No.: 26-30892 |
| KDJ Properties, LLC | Case No.: 26-30893 |
| | (Chapter 11) |
| First Western Bank & Trust, | |
| Plaintiff, | Adv. Case No. 26-07025 |
| v. | |
| Khaled Rabadi, | |
| Defendant. | |

## STATEMENT REGARDING CONSENT TO ENTRY OF FINAL ORDERS OR JUDGMENT

Pursuant to Federal Rule of Bankruptcy Procedure 9027(e)(3), First Western Bank & Trust, the plaintiff/ in the removed action and a party other than the party that filed the notice of removal, submits this statement regarding consent to the Bankruptcy Court's entry of final orders or judgment.

1. The removed action is pending under the caption First Western Bank & Trust v. Khaled Rabadi, and was originally filed in the District Court, Grand Forks County, for the Northeast Central Judicial District for the State of North Dakota, as Case No. 18-2026-CV-00864.

2. The action concerns enforcement of a guaranty executed by Khaled Rabadi concerning obligations allegedly owed by Kidney and Hypertension Center, PLC, KDJ Investment Group, LLC and KDJ Properties, LLC, the debtor in the above-captioned Chapter 11 bankruptcy cases.

3. The notice of removal was filed on November 2, 2026 by Defendant Khaled Rabadi.

4. Defendant as removing party has previously filed pleadings the state court pleadings concerning the removed claim or cause of action.

5. The motion for summary judgment was pending in the state-court action as of the date of removal. First Western Bank & Trust  intends to preserve its right to seek prompt adjudication of that motion, or to renew or refile it in the appropriate federal court, without unnecessary delay resulting from removal.

## I. CONSENT TO ENTRY OF FINAL ORDERS OR JUDGMENT

First Western Bank & Trust consents to Bankruptcy Court's entry of final orders or judgment in this removed action, subject to all jurisdictional, constitutional, procedural, and substantive objections expressly preserved below.

This statement is limited to the consent required by Federal Rule of Bankruptcy Procedure 9027(e)(3). It does not waive, limit, or prejudice any objection, defense, claim, or request available to First Western Bank & Trust.

## II. PRESERVATION OF OBJECTIONS AND REQUESTS

First Western Bank & Trust expressly preserves the following positions and objections:



Olson & Burns P.C.
P.O. Box 1180
Minot, ND 58702

1. The objection that the removed action does not fall within the jurisdiction conferred by the bankruptcy laws, including because the action may not arise under, arise in, or relate sufficiently to the Chapter 11 bankruptcy case.

2. The objection that the removed action is not a core proceeding and that its characterization as core, non-core, or related to the bankruptcy case must be determined by the Court.

3. The objection that the Bankruptcy Court lacks constitutional or statutory authority to enter a final order or judgment in the removed action absent the consent of all required parties or other lawful authority.

4. The right to seek withdrawal of the reference, in whole or in part, and to request that any final order or judgment be entered by the United States District Court rather than the Bankruptcy Court.

5. The right to seek mandatory or permissive abstention, to the extent applicable.

6. The right to seek remand, including equitable remand, to the District Court, Grand Forks County, for the Northeast Central Judicial District for the State of North Dakota, as Case No. 18-2026-CV-00864.

7. The objection that the automatic stay applicable to Kidney and Hypertension Center, PLC, KDJ Investment Group, LLC and KDJ Properties, LLC does not automatically extend to Khaled Rabadi, a non-debtor guarantor, and the right to oppose any request to extend or apply the stay to the guarantor or to the removed action.

8. The right to seek prompt consideration and resolution of the pending summary-judgment motion, or any renewed or substituted motion, and to oppose any effort to use removal solely to delay adjudication or enforcement of the guaranty.



Olson & Burns P.C.
P.O. Box 1180
Minot, ND 58702

9. All objections concerning subject-matter jurisdiction, personal jurisdiction, venue, service, removal procedure, timeliness, sufficiency of the notice of removal, and the propriety of the removal.

10. All rights, claims, defenses, remedies, and objections under applicable federal law, North Dakota law, the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the applicable rules of the United States District Court and Bankruptcy Court for the District of North Dakota.

## III. RESERVATION OF RIGHTS

Nothing in this statement constitutes an admission that the removed action is properly before the Bankruptcy Court, that the action is a core proceeding, that the action is sufficiently related to the Chapter 11 case, that the Bankruptcy Court may enter a final order or judgment, or that removal should cause any delay in adjudication of the pending summary-judgment motion.

WHEREFORE, First Western Bank & Trust submits this statement pursuant to Federal Rule of Bankruptcy Procedure 9027(e)(3) and requests that the Court recognize the consent position selected above and preserve all objections and rights stated in this filing.

Dated: November 12, 2026.

OLSON & BURNS P.C.

/s/ Nici Meyer
Nici Meyer (ID # 05733)
Attorneys for Plaintiff
First Avenue SE
P. O. Box 1180
Minot, ND 58702-1180
(701) 839-1740
nmeyer@minotlaw.com

**CERTIFICATE OF SERVICE**

I certify that on November 12, 2026, I filed the foregoing Plaintiff's Motion to Remand and Memorandum in Support electronically through the Court's CM/ECF system, which served notice on all registered participants, including counsel for Defendant Khaled Rabadi.

/s/ Nici Meyer
Nici Meyer



Olson & Burns P.C.
P.O. Box 1180
Minot, ND 58702