IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Kidney and Hypertension Center, P:LC | ) | |
| d/b/a Grand Forks Clinic | ) | Case No.: 26-30886 |
| The Medical Group, LLC | ) | Case No.: 26-20888 |
| North Dakota Dialysis, LLC | ) | Case No.: 26-30889 |
| Aurora Dialysis, LLC | ) | Case No.: 26-30890 |
| Kindey Institute of North Dakota, LLC | ) | Case No.: 26-30891 |
| KDJ Investment Group, LLC, and | ) | Case No.: 26-30892 |
| KDJ Properties, LLC | ) | Case No.: 26-30893 |
| | ) | |
| ______________________________________ | ) | (Chapter 11) |
| | ) | |
| First Western Bank & Trust, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Adv. Case No. 26-07025 |
| v. | ) | |
| | ) | |
| Khaled Rabadi, | ) | |
| | ) | |
| Defendant. | ) | |

---

**<u>FIRST WESTERN BANK & TRUST'S MOTION TO REMAND</u>**

Plaintiff First Western Bank & Trust ("First Western") moves for an order remanding this action to the District Court of the Northeast Central Judicial District, Grand Forks County, North Dakota pursuant to 28 U.S.C §1452(b) and 28 U.S.C. §1334(c). Remand is warranted because this action concerns a state-law claim against a non-debtor under separate guaranty contracts. It is not a core bankruptcy proceeding. Alternatively, the Court should abstain and remand the action under the mandatory-abstention provision or on equitable grounds.



Olson & Burns P.C.
P.O. Box 1180
Minot, ND 58702

Dated: November 12, 2026.

OLSON & BURNS P.C.

/s/ Nici Meyer

Nici Meyer (ID # 05733)
Attorneys for Plaintiff
First Avenue SE
P. O. Box 1180
Minot, ND 58702-1180
(701) 839-1740
nmeyer@minotlaw.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re: | |
| Kidney and Hypertension Center, P:LC | |
| d/b/a Grand Forks Clinic | Case No.: 26-30886 |
| The Medical Group, LLC | Case No.: 26-20888 |
| North Dakota Dialysis, LLC | Case No.: 26-30889 |
| Aurora Dialysis, LLC | Case No.: 26-30890 |
| Kindey Institute of North Dakota, LLC | Case No.: 26-30891 |
| KDJ Investment Group, LLC, and | Case No.: 26-30892 |
| KDJ Properties, LLC | Case No.: 26-30893 |
| ______________________________ | (Chapter 11) |
| First Western Bank & Trust, | |
| Plaintiff, | Adv. Case No. 26-07025 |
| v. | |
| Khaled Rabadi, | |
| Defendant. | |

## NOTICE OF MOTION FOR REMAND

YOU ARE HEREBY NOTIFIED that A Motion for Remand has been filed by First Western Bank & Trust. Unless you or another party in interest files an objection in writing to the relief requested in the motion WITHIN FOURTEEN (14) DAYS FROM THE DATE OF SERVICE OF THIS NOTICE, the Court may thereafter and without further notice enter an order granting the relief requested in the motion.

YOU ARE ALSO NOTIFIED THAT, if an objection in writing is timely filed, any party in interest may obtain a hearing on the objection. Written objections must be filed with both the Clerk of the Bankruptcy Court and the undersigned.

Dated: November 12, 2026.

OLSON & BURNS P.C.

/s/ Nici Meyer

Nici Meyer (ID # 05733)
Attorneys for Plaintiff
First Avenue SE
P. O. Box 1180
Minot, ND 58702-1180
(701) 839-1740
nmeyer@minotlaw.com

**CERTIFICATE OF SERVICE**

I certify that on November 12, 2026, I filed the foregoing Plaintiff's Motion to Remand, and Notice of Motion to Remand electronically through the Court's CM/ECF system, which served notice on all registered participants, including counsel for Defendant Khaled Rabadi.

/s/ Nici Meyer
Nici Meyer



Olson & Burns P.C.
P.O. Box 1180
Minot, ND 58702